LEE TRAN & LIANG LLP
 Lauren Sliger (Bar No. 213880)
 lauren.sliger@ltlattorneys.com
 Roozbeh Gorgin (Bar No. 276066)
 roozbeh.gorgin_@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017
Tel.: 213-612-8900
Facsimile: 213-612-3773

Attorneys for Defendant
CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE FOREST LLC, a California limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CVS Pharmacy, Inc., a Rhode Island corporation, United Exchange Corp., a California Corporation, and DOES 1-5, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:14-cv-08389-DDP-AGR<br><br>**DEFENDANT CVS PHARMACY, INC'S CORPORATE DISCLOSURE STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule L.R. 7.1-1, Defendant CVS Pharmacy, Inc. states that CVS Health Corporation is the parent corporation of Defendant CVS Pharmacy, Inc. and that CVS Health Corporation is a publicly held corporation that owns 10% or more of stock of Defendant CVS Pharmacy, Inc.

The undersigned, counsel of record for CVS Pharmacy, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

CVS Pharmacy, Inc.
CVS Health Corporation

Dated: April 21, 2015          LEE TRAN & LIANG LLP

By: */s/ Roozbeh Gorgin*
    LAUREN SLIGER
    ROOZBEH GORGIN
    *Attorneys for CVS Pharmacy, Inc.*