LEE TRAN & LIANG LLP
Lauren Sliger (Bar No. 213880)
lauren.sliger@ltlattorneys.com
Roozbeh Gorgin (Bar No. 276066)
roozbeh.gorgin_@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017
Tel.: 213-612-8900
Facsimile: 213-612-3773

Attorneys for Defendant
UNITED EXCHANGE CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE FOREST LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>vs.<br><br>CVS Pharmacy, Inc., a Rhode Island corporation, United Exchange Corp., a California Corporation, and DOES 1-5, inclusive,<br><br>          Defendants. | Case No.: 2:14-cv-08389-DDP-AGR<br><br>**DEFENDANT UNITED EXCHANGE CORP.'S CORPORATE DISCLOSURE STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule L.R. 7.1-1 Defendant United Exchange Corp. states that it has no parent company and no other company owns 10% or more of stock of Defendant United Exchange Corp.

The undersigned, counsel of record for United Exchange Corp. certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

United Exchange Corp.

Dated: April 21, 2015              LEE TRAN & LIANG LLP

                                   By: */s/ Roozbeh Gorgin*
                                        LAUREN SLIGER
                                        ROOZBEH GORGIN
                                        *Attorneys for United Exchange Corp.*